IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHOZDIJIJI SHINSINDAY, <br> AKA DANNY DEAN THOMAS <br><br> *Petitioner*, <br><br> v. <br><br> NATHANIEL QUARTERMAN, <br><br> *Respondent*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-06-814 |

**ORDER**

Court-appointed counsel for petitioner Shozdijiji Shisinday ("Shisinday") filed a federal petition for a writ of habeas corpus on his behalf. (Docket Entry No. 1). Because of his repeated attempts to file *pro se* pleadings, this Court granted Shisinday limited authorization to file a *pro se* reply to Respondent Nathaniel Quarterman's answer and motion for summary judgment. (Docket Entry No. 10). Respondent recently filed the answer and summary judgment motion. (Docket Entry No. 21). Shisinday has now filed a reply and a motion to strike Respondent's pleading. (Docket Entry No. 27).

Shisinday attacks Respondent's pleading by alleging that it was filed late. This Court ordered Respondent to answer by August 31, 2006. (Docket Entry No. 20). Respondent filed the answer on that date. (Docket Entry No. 21). Shisinday's confusion stems from the fact that Respondent mailed copies to him and his counsel on September 1, 2006. Shisinday's motion, therefore, is without merit. This Court **DENIES** Shisinday's motion to

strike but will consider the contents of his *pro se* reply when this case becomes ripe for adjudication.

Signed at Houston, Texas, on November 15, 2006.

_____
Gray H. Miller
United States District Judge